## (June 7, 1965)

■ DANIEL T. MONOHAN, JR., Respondent, v. HERBERT M. BERGAMINI, Defendant, and MAHLON H. ATKINSON, Appellant.— *Per Curiam.* Appeal by defendant from a judgment of the Supreme Court entered upon the verdict of a jury in a malpractice action. The issues of the defendant's alleged malpractice and of proximate causation of the plaintiff's injuries by the malpractice alleged presented questions of fact which properly were submitted to

the jury. The verdict was not against the weight of the evidence and, while substantial in amount, was not excessive in relation to the damages sustained. Judgment affirmed, with costs. Herlihy, J. P., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.